IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Edward Hojd, Sherie Matsuoka, Jerry Moutsooka,
Candyce Nakamoto, Amber Hojd, Terry Hojd,
Denise Di Fazio, Chelsea Abbott _____, Plaintiff

v.

Longmont Police Department _____,

_____,

_____,

_____, Defendant(s).

Jury Trial requested:
(please check one)
✓ Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Edward Hoid - Sherie Matsuoka P.O. Box 2376 Pagosa Springs, CO 81147
(Name and complete mailing address)

(208) 350-8276    jmat-1508@gmail.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Longmont Police Department 225 Kimbark St Longmont, CO 80501
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

__✓__ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _Colorado_.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _Colorado_ (name of state or foreign nation).

Defendant 1 has its principal place of business in _Colorado_ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Assault, Slander, Abuse, Discrimination, Libel

    Supporting facts:

Attached 12 pages labeled D. Statement of claims, numbered top-right 1-12 of 12

D. ~~Statement~~ of Claims                                        1 of 12

There is a class filed because FOX NEWS reported gross slanders for Longmont Police Department, thus assaulting an entire family, including 8 adults and 9 small children. Every major news company will be held accountable for different violations.

Actively reporting for Longmont Police Department, the news agencies have reported online, and on-air continuously ever since November of 2020. Tens of thousands of articles and broadcasts indicate the Longmont Police Department. No retractions have taken place. I've searched my in google, and gotten thousands of results online as recent as February, 2023.

There is a discovery with reports, video, audio, eye witnesses, and D.N.A. analysis results available.

This is a class action because the entire family was very violently assaulted, slander and egregious government misconduct and police misconduct being the cause.

Nov 5th, 2020 In a discovery, a man reported of, his coworkers, reported to police that somebody had accidently sat in the wrong car, verbatim, the man reports the following; to police, In statements and in discovery; "The person did not ~~seem~~ homeless", "The person didn't steal anything" "The person did not threaten me what-so-ever" "The person got out of my car and left, I had to catch up with them and return their backpack"

D. Statement of Claims                               2 of 12

"I do not want to pursue charges", "a co-worker called for me", to Longmont Police.

In discovery, those same police state that, verbatim, "Craig Stevens", (the man who gave statements about his car incident) "originally said the person in his car was 5'9" tall and black".

In discovery and on 911 audio, a woman calls 911 around the exact same time. She states verbatim, "hello, yes, a man just fell". Nearby a man tripped while dismounting a mountain bike, and struck the back of his head.

In discovery, those same police go to, "assist", and an ambulance was dispatched, but arrived on the wrong side of a river. Police saw a man staggering and who could not speak. The police frisked the man, 71 year old Randall Shubert, they try to identify him, and ask questions like where is going, and where he is going or lives. The man eventually made it to an E.R. The initial examination reports; in discovery verbatum,
"no injuries, scrapes, abrasions, or trauma except a sub-dural hematoma, likely a fall, 6 cm laceration on back of head". The man bumped his head once, not a single additional scratch anywhere.

In discovery, police were under the impression a 5'9" tall black man had sat in the wrong car, and

D. Statement of Claims                               3 of 12

traveled towards the bike path, where the man fell. There were no D.N.R. orders, the man had no identification, he did not recieve a craniotomy for 6 days.

Police did not tape off the scene where the man fell, or ever investigate the area, because no crimes were ever reported, only a fall by a witness.

I was in the area, I am 6'1" tall fair skinned white. Craig Stevens was later given a line-up to pick a picture of me from. He did. Police and a d.a. said Craig Stevens said I was black, 5'9" tall, my family are not black. We are scandanavian.

I the discovery, police release the following statements to every news station, and it was all broadcasted primetime, "Longmont Police say Edward Hoid beat a 71 year old to death and stole his bike". "Hoid is on a green mountain bike". "Hoid is armed and dangerous and should not be approached". "Hoid was living in Lyons with his family". Police increased and upgraded the stories to news; not one detail was true, it was all a lie.

"We don't know if he beat him or shoved him" -FOX-31 reports for Longmont Police on the 15th day of reports. "Hoid is wanted" I had no warrants, "call crime stoppers". Many thousands called in and made false reports for various things, from all over.

D. ~~Statement~~ of Claims                             4 of 12

From discovery, as are all ~~these~~ statements made by police, 3 suspects associated with a robbery, cornered a 74 year old man, Edward Hoid beat him to death. They told the news that 3 men robbed and killed him, but there were eye witnesses.

At first they'd blame a Ficticious, 5'9" tall blackman, then they provided my family's information, on the news, and when my family called in they asked each one "could he have assaulted the old man"? They told 9 adults and 10 children of our family these evil things, false accusations of murder, they caused my family to be assaulted, molested, and to vacate our properties in shame, they ran us out. They stirred the once unified family into anger against each other.

Police caused me personally to be ~~hunted down and,~~ the broadcasting took place on every station including Americas Most Wanted for 22 consecutive days, currently reported all over the internet.

The man was never assaulted, I never interacted with him at all. For appearances Police collected a bucal swab, the CBI concludes against the body and articles, that I am "not a contributor", in discovery. Our children were all taken for one month and seperated, (4 of my sisters from property, grandma's, now abandoned, in Lyons). My 8 year old nephew was. My son and daughter in Utah were contacted and

D. ~~Statement~~ of Claims               5 of 12

convinced of evil lies, at age 6 and 9. My ex-wife was stalked by vigilantes, who also posted photos of my kids on Facebook threatening to kill them and me. (I retain the conversations). The vigilantes impersonated police (I got the conversations screen shots), while assaulting and stalking my family.

The man fell, passed away, in an ICU after 11 days, he turned 72 while there. He was never "beaten" also news reported for police, "Randall turns 72 in ICU"

So they reported to the news that he was "beaten to death" and that he was alive. The news broadcasted it.

The news online is still viewable, it's been updated, we retain originals and testimonies (18 of us).

The news reports to date, what police released, no charges ever materialized, it was a lie, not mixed up information, just a lie, told to the entire nation via news broadcastings.

The lenses our 10 young children now view life through has been tainted and defiled, they were returned to family after a month in foster and molestation. Noone in our family deserved any of this, we are good loving parents. My nephew was assigned a lawyer in supreme court and they are suing. Charges were filed, (Wyatt Abbott is his name).

I Edward Hoid, will pursue individual justices and lawsuits. This class action is to address

D. Statement of Claims  6 of 12

the attempt to delete my family and for the sum of disgusting abuses and livelihoods lost. Also to try to counter the disadvantages, the Longmont Police Department imposed and inflicted upon our children, whose lives are priceless and worth at least our requested relief. We have each been ousted, exiled and humiliated. Abandoned beautiful dreams, actually been robbed of them, worst of all is our childrens dreams, now gone with their innocence. Nobody of my family has any criminal record, and that's beside the point and irrelevant to this situation.

The false accusations and onslaught were substantial, so much so, that they must be explained by the family in trial or courts. We love God, we loved America, I will always give my life for our country, no matter the leadership or condition. I was even born here on Hoid Road.

This, all that happened was evil, foreign and we will pursue justice to the end, hoping our children recover. I barely survived, the community is small. FOX, ABC, NBC, CBS, AMW and more did special reports and broadcasts, primetime, 22 consecutive days, and still do, police have done no retractions or apologized.

D. Statement of Claims                                      7 of 12

Trying to exclude emotion from this complaint is why we would present thousands of assaults and violations and articles in court;

Summarily, the Longmont Police Department called me black and my family who are not;

Reference;

"Jessica Barkley CBS-4 02/04/2022", in google the man did not have to pass away, it was not my fault or anything I did nor my family, the police knew so. There was never an investigation for murder, but police did produce the exact accusations, and used their clearances, deception, community resources, and misinformed man-powers (all of it), to attempt to kill me, get me killed by the community, or anyone of the law enforcement in Colorado, Utah, Nebraska, Ohio, Nevada & Idaho as they leaked the false accusations of me, beating a senior citizen to death, with 3 assailants or by myself.

The Longmont Police provided locales and information that caused assaults and abuses to fall upon the innocent elders and children which make up my family.

The Longmont Police contacted my ex-wife raising my 9 year old daughter and 6 year old son in Utah and vigilantes did the same

D. Statement of Claims                    8 of 12

Because police provided their information to vigilantes impersonating police, and because the police lied on the news and about a murder that never happened.

In discovery, my ex-wife states "you've terrified our children" after police provided Brian Derry, vigilante/private investigator, with their address, phone number and names, Brian Derry stalked and took pictures of my children, posting them on Facebook, he contacted ex-girlfriend, Gloria Brown, in Denver, police also, provided her information, he impersonates police to ex-girlfriend and wife, (I retain proof screenshot).

06-2022, I found the messages, and contacted Colorado Springs Police. There are 100 persons who did similar, I retain proof.

The Longmont Police and vigilante visited the property in Lyons, my mother nearly died from seeing the news, my step-dad, dad; saintly parents spirits were crushed, the community was filled with hate, Boulder County Sheriffs went to the property in Lyons and took the kids 11/12/20;

we were constructing a paradise for our family's children, on 70 acres in the mountains, free from evil until they came. They are responsible for destroying their childhoods, my kids and my sisters. They were seperated for a month and molested, then returned to my sisters (their moms)

D. ~~Statement~~ of Claims

The Longmont Police contacted each of my siblings in Nevada, Idaho, and Colorado, and my Dad in Ohio. They told my sisters that I beat a senior citizen to death and stole his wallet or bike. This was a lie. Every bit of it, and they knew it, there were witnesses. Law enforcement was contacted in the various states. We are not black, they thought we were at first. They also didn't want me to "come in", they hoped someone would kill me. My sisters were all humiliated, and lost job, property and were assaulted.

Longmont Police said Candyce (my sister) reported that I'd abused her children, Candyce Nakamoto has, and never did have any foster or born children. I've never been in a fist fight or hurt any living thing, I love life.

The Longmont Police have caused my dad to move to Nevada from Ohio, my mom and step-dad gave up the beautiful dreams in Lyons; the kids would not deliver the joy we love. The police molested it.

When I tried to come in, after 3 weeks of consecutive increasing man hunts, and embellished lies on the news, the papers and news channels reported that I was arrested on unrelated charges for running up and down the side

D. Statement of Claims                                    10 of 12

at Longmont's mall, setting off alarms and screaming "I didn't hurt any old man, please"... Police report I laid down and was detained. Triggered when the police ran me over again (just prior), a shot two times at me at a Hobby Lobby at the mall. The public provided good coverage so police couldn't kill me. I was interviewed for 4 hours and then treated for broken bones from being hit by police car, at the hospital; Police took me to jail after.

The Laymont Police worked with Colorado Dept of Corrections on a recorded audio tape (I retain) the C-DOC reports, that "I was a suspect in a "High Profile Homicide" verbatum. I had no charges or conviction, excusing the Laymont Police telling C-DOC, that they were going to charge me, I declared "I'm not being investigated for murder". One drawback of having the highest rate of incarceration per capita of any nation on Earth, is a readiness to imprison innocences. I was sent to an infamous super-max facility, Sterling Correctional High Side for 18 months, one count of Identity Theft sprung up later. The water supply at Sterling is contaminated by uranium, it caused organ damage, I was acute on-set diagnosed chronic diabetic a

D. Statement of Claims                    11 of 12
couple months after getting out of there
(3 months). It killed me in ICW.

My family was plagued, the Longmont Police
combined with C-DOC to make the lies settle
in over time so the community would
believe I went to prison for what they
said. They also tried to engineer a life
sentence for nothing. They tried to alter
the discovery where it reads I'm black.

My mother thought her only son would die
in prison, she had faith in me. I saw
11 stabbings, rapes and over-doses on fentynal
in prison. I saw quarter-pound quantities
of meth delivered by ranking correctional
officers, weekly, I have, cash-app information
for accounts, inmates families deposit
money into, there are many of which
closed due to over activity. I have names
and account names available.

A district attorney offers a plea agreement
involving two things; false accusations of
one count of Identity Theft and one admission
to lying about me on every news station.
For my family I provided details.
Lastly; I write for now is, I never interacted
with the man who fell, there is proof,
and Longmont Police knew it from

D. Statement of Claims                12 of 12

the very beginning. I was sent to that prison for no reason at the peak of the Covid pandemic when the prisons were not taking anyone, proving this was deliberate and it was a hope to engineer a life sentence, upon an innocent person. The length of time without retraction is cowardly and attributed detriment upon the entire family.

God Bless You
God Bless America

Edward Hoid

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Respectfully;

Requesting a public, televised apology from Longmont Police. Requesting $2,000,000 to repair and replace losses of property also for the livlihoods of many small children. Requesting retractions to attempt to repair and restore the lives of this family who are unjustly damaged and disadvantaged.

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12-MAR-2023
(Date)

(Revised February 2022)

5